**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

June 25, 2015

MEMORANDUM TO COUNSEL

    Re:    *USA v. Bobby Brown*
            Criminal No.:  ELH-15-00347

Dear Counsel:

    I understand that an arraignment has taken place in this case.  Accordingly, the following schedule is set:

    Defense motions due: July 13, 2015

    Scheduling conference call, to be initiated by the Government:  July 22, 2015 at 4:30 p.m.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                              Sincerely,

                                              /s/
                                              Ellen Lipton Hollander
                                              United States District Judge